

# IN THE
# TENTH COURT OF APPEALS

## No. 10-13-00249-CV

**MILTON L. GARDNER,**

Appellant

v.

**KIMBERLY REINDOLLAR,**

Appellee

### From the 77th District Court
### Limestone County, Texas
### Trial Court No. 30,200-A

## O R D E R

Appellee, Kimberly Reindollar, filed a motion to dismiss this appeal primarily due to the failure of appellant, Milton Gardner, to abide by the briefing rules of the Texas Rules of Appellate Procedure. *See, e.g.* TEX. R. APP. P. 38.1. Reindollar's motion is denied.

Reindollar should file a brief in response to Gardner's brief that evidences her best effort to address the merits of Gardner's issues. This does not mean, however, that Reindollar is prevented from asserting as a ground for overruling an issue that the issue

may be inadequately briefed. Nevertheless, even if Reindollar asserts an issue is inadequately briefed, she should still address the merits of the issue if at all possible.

In addition to responding to the merits of any of Reindollar's arguments in her brief, to the extent any argument is made in Reindollar's brief that an issue is inadequately briefed, Gardner will have 30 days to respond by supplementing his brief, if he believes he should, to address Reindollar's arguments.

Reindollar's brief remains due by January 30, 2014.


PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion denied
Order issued and filed January 16, 2014